UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MIKHAIL VASILYEVICH KOLESNIK,<br><br>                Petitioner,<br>     v.<br>MERRICK GARLAND, et al.,<br><br>                Respondent. | Case No. 2:24-cv-01603-TMC-TLF<br><br>ORDER PROVISIONALLY GRANTING MOTION TO APPOINT COUNSEL AND DIRECTING PETITIONER TO SUBMIT FINANCIAL AFFIDAVIT |

Petitioner filed a motion to appoint counsel in this 28 U.S.C. § 2241 immigration habeas corpus action. Dkt. 2. Petitioner also submitted a Letter from the Federal Public Defender's Office indicating this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001), and indicating their willingness to represent petitioner in this case. Dkt. 2-1.

Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). However, petitioner must demonstrate that he is financially eligible for such an appointment. *See* 18 U.S.C. § 3006A(a)(2)(B); General Order 10-23. Accordingly, the Court finds and **ORDERS**:

(1) Petitioner's request for appointment of counsel is **PROVISIONALLY GRANTED**. Dkt. 2. The Court **PROVISIONALLY APPOINTS** the Federal Public Defender to represent petitioner in these proceedings.

(2)     On or before **November 18, 2024**, petitioner must complete and submit a copy of the Court's financial affidavit form (CJA-23) demonstrating his financial eligibility for the appointment of counsel. <u>The Clerk is directed to provide petitioner with a copy of the financial affidavit form (CJA-23).</u>

(3)     If petitioner fails to submit the completed financial affidavit form (CJA-23) by **November 18, 2024**, the Court may terminate the appointment of counsel and direct petitioner to proceed in the action unrepresented by counsel.

(4)     The Clerk shall send copies of this Order to petitioner, to the Federal Public Defender, to counsel for respondents, and to the Honorable Tiffany M. Cartwright.

Dated this 23rd day of October, 2024.

_Theresa L. Fricke_
Theresa L. Fricke
United States Magistrate Judge