UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MIKHAIL VASILYEVICH KOLESNIK,

     Petitioner,

 v.

MERRICK GARLAND, et al.,

     Respondent.

Case No. 2:24-cv-01603-TMC-TLF

ORDER GRANTING MOTION TO APPOINT COUNSEL IN FULL

This is a 28 U.S.C. § 2241 immigration habeas corpus action. By order dated October 23, 2024, this Court provisionally granted petitioner's motion to appoint counsel. Dkts. 2, 5. The Court directed that or before November 18, 2024, petitioner must complete and submit a copy of the Court's financial affidavit form (CJA-23) demonstrating his financial eligibility for the appointment of counsel. Dkt. 5.

The Court has received petitioner's financial affidavit form. Dkt. 7. Upon review of the affidavit, the Court finds petitioner is financially eligible for appointment of counsel and, for the reasons stated in its prior order provisionally appointing counsel, the Court finds that the interests of justice require that counsel be appointed. *See* 18 U.S.C. § 3006A(a)(2)(B); General Order 10-23; Dkt. 5.

Accordingly, the Court hereby ORDERS:

ORDER GRANTING MOTION TO APPOINT COUNSEL
IN FULL - 1

(1) Petitioner's request for appointment of counsel (Dkt. 2) is fully GRANTED. Dkt. 2. The Court appoints the Federal Public Defender to represent petitioner in these proceedings.

(2) The Clerk shall send copies of this Order to petitioner, to the Federal Public Defender, to counsel for respondents, and to the Honorable Tiffany M. Cartwright.

Dated this 6th day of November, 2024.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge